UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNIE ROPER, individually, and on behalf of all others similarly situated., <br><br> Plaintiff, <br><br> v. <br><br> BIG HEART PET BRANDS, INC., <br><br> Defendant. | Case No. 1:19-cv-00406-DAD-BAM <br><br><br> ORDER GRANTING JOINT STIPULATION FOR DISCOVERY COORDINATION |

On July 30, 2021, the Parties filed a joint stipulation for discovery coordination. (Doc. 65.) The parties' stipulation states that they agree to conduct coordinated discovery in both the above entitled matter and *Acquard, et al., v. Big Heart Pet Brands, Inc.,* 1:19-cv-00050 from the Western District of New York. Specifically, the parties agree that "all written responses to discovery requests and materials provided by Defendant in response to discovery requests in either the above-captioned matter or *Acquard* shall be treated as having been obtained through discovery in both the actions" and "to coordinate the noticing and taking of depositions to the extent possible." (Doc. 65 at 2.)

///

///

///

1

1 | Having considered the parties stipulation, the Court hereby GRANTS the parties stipulation. However, the Court reminds the parties that orders issued in the related case will not be binding in this matter. Further, the parties are reminded that any modifications to the scheduling order (Doc. 55) will not be granted absent a showing of good cause even if the request to modify is made by stipulation.

IT IS SO ORDERED.

Dated:   **August 3, 2021**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE