1

2

3

4

5

6

7

8

**UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

9

10

11    PENNIE ROPER, individually and on
      behalf of all others similarly situated,

12                  Plaintiff,

13        v.
      BIG HEART PET BRANDS, INC.,

14                  Defendant.

15

Case No. 19-cv-00406-DAD-BAM

**[PROPOSED] ORDER GRANTING
JOINT STIPULATION TO EXTEND
CASE SCHEDULE SET IN
AMENDED PRELIMINARY
SCHEDULING ORDER**

16

17

18

19

20

21

22

23

24

25

26

27

28

Upon consideration of the Joint Stipulation to Extend Case Schedule Set in Amended Preliminary Scheduling Order, submitted by Plaintiff Pennie Roper ("Plaintiff") and Defendant Big Heart Pet Brands, Inc. ("Defendant"), and for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. The date set for the Close of Non-Expert Fact Discovery shall be continued from February 7, 2022 to **May 9, 2022**;

2. The deadline for Plaintiff's Motion for Class Certification shall be continued from February 28, 2022 to **May 31, 2022**;

3. The deadline for Defendant's Class Certification Opposition shall be continued from May 1, 2022 to **August 1, 2022**;

4. The deadline for Plaintiff's Class Certification Reply shall be continued from July 18, 2022 to **October 18, 2022**;

5. The date set for the Class Certification Hearing shall be continued from September 6, 2022 at 9:30 AM to **December 9, 2022** at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **January 24, 2022**              /s/ *Barbara A. McAuliffe*  _
                                        UNITED STATES MAGISTRATE JUDGE

PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND CASE SCHEDULE SET IN AMENDED
PRELIMINARY SCHEDULING ORDER