# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNIE ROPER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIG HEART PET BRANDS, INC.,<br><br>Defendant. | Case No. 19-cv-00406-DAD-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CASE SCHEDULE** |

Upon consideration of the Joint Stipulation to Extend Case Schedule, submitted by Plaintiff Pennie Roper ("Plaintiff") and Defendant Big Heart Pet Brands, Inc. ("Defendant"), and for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. The date set for the Close of Non-Expert Fact Discovery shall be continued from May 9, 2022 to **August 9, 2022**;
2. The deadline for Plaintiff's Motion for Class Certification shall be continued from May 31, 2022 to **August 31, 2022**;
3. The deadline for Defendant's Class Certification Opposition shall be continued from August 1, 2022 to **November 1, 2022**;
4. The deadline for Plaintiff's Class Certification Reply shall be continued from October 18, 2022 to **January 18, 2023**;
5. The date set for the Class Certification Hearing shall be continued from December 9, 2022 at 9:30 AM to **March 10, 2023** at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

The Court will not grant further continuances, absent good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated:   **April 21, 2022**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE