**UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PENNIE ROPER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br>BIG HEART PET BRANDS, INC.,<br><br>Defendant. | Case No. 19-cv-00406-DAD-BAM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND CASE SCHEDULE** |

Upon consideration of the Joint Stipulation to Extend Case Schedule, submitted by Plaintiff Pennie Roper ("Plaintiff") and Defendant Big Heart Pet Brands, Inc. ("Defendant"), and for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. The date set for the Close of Non-Expert Fact Discovery shall be continued from August 9, 2022 to **October 15, 2022**;
2. The deadline for Plaintiff's Motion for Class Certification shall be continued from August 31, 2022 to **November 15, 2022**;
3. The deadline for Defendant's Class Certification Opposition shall be continued from November 1, 2022 to **December 16, 2022**;
4. The deadline for Plaintiff's Class Certification Reply shall be continued from January 18, 2023 to **February 17, 2023**;
5. The date set for the Class Certification Hearing shall be continued from March 10, 2023 at 9:30 AM to **April 7, 2023** at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **August 8, 2022**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE