1
2
3
4
5
6
7
8

**UNITED STATE DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10
11

PENNIE ROPER, individually and on behalf of
all others similarly situated,

12

Plaintiff,

13

v.

14

BIG HEART PET BRANDS, INC.,

15

Defendant.

16

Case No. 1:19-cv-00406-ADA-BAM

[~~PROPOSED~~] **ORDER GRANTING
JOINT STIPULATION TO EXTEND
CASE SCHEDULE**

Honorable Barbara A. McAuliffe

17
18
19
20
21
22
23
24
25
26
27
28

1   Upon consideration of the Joint Stipulation to Extend Case Schedule, submitted by Plaintiff

2   Pennie Roper ("Plaintiff") and Defendant Big Heart Pet Brands, Inc. ("Defendant"), and for good

3   cause shown, **IT IS HEREBY ORDERED THAT**:

4       1.    The date set for the Close of Non-Expert Fact Discovery shall be continued from

5       October 15, 2022 to **November 11, 2022**;

6       2.    The deadline for Plaintiff's Motion for Class Certification shall be continued from

7       November 15, 2022 to **December 9, 2022**;

8       3.    The deadline for Defendant's Class Certification Opposition shall be continued from

9       December 15, 2022 to **February 10, 2023**;

10      4.    The deadline for Plaintiff's Class Certification Reply shall be continued from February

11      17, 2023 to **March 10, 2023**;

12      5.    The date set for the Class Certification Hearing shall be continued from April 7, 2023

13      at 9:30 AM to **May 5, 2023** at 9:30 AM in Courtroom 8 (BAM) before Magistrate

14      Judge Barbara A. McAuliffe.

15  The parties are advised that no further modifications of the schedule will be granted absent a

16  demonstrated showing of good cause.

17

18  IT IS SO ORDERED.

19      Dated:  __September 16, 2022__      ___/s/ Barbara A. McAuliffe___

20                                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND CASE SCHEDULE